UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL JAMES WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. C20-1397-SKV <br><br><br> ORDER REVERSING COMMISSIONER'S DECISION |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand from the court, the Appeals Council will instruct the Administrative Law Judge (ALJ) as follows, for the period beginning September 6, 2018. The ALJ will reevaluate the medical evidence, including, but not limited to, the opinion of Shawn Kenderdine, Ph.D. The ALJ will further develop the record and, in accordance with Social Security Ruling 13-3p, obtain medical expert evidence to reevaluate whether Plaintiff experienced medical improvement. As warranted, the ALJ will continue the sequential

evaluation and obtain vocational expert evidence as needed. The ALJ will issue a new decision that adjudicates the claim through the date of the new decision.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 8th day of July 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov